In the Matter of the Accounting of GENESEE VALLEY TRUST CO., as Executor of ALFRED J. NEWTON, Deceased.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.

ANTHONY CARUSO, Respondent, v. ELIA CARUSO, Appellant.— Motion for a stay granted. (See *United Security Corp.* v. *Suchman*, 307 N. Y. 48.)

TENNESSEE GAS TRANSMISSION Co., Plaintiff, v. ARTHUR BALL, Defendant. TENNESSEE GAS TRANSMISSION Co., Plaintiff, v. RICHARD WRIGHT et al., Defendants. TENNESSEE GAS TRANSMISSION Co., Plaintiff, v. HERTHA BALL, Defendant.— Motion for a stay granted pending the hearing and determination of the appeal from an order entered July 7, 1954, upon condition that appellants perfect their appeal and be ready for argument on the first day of the September, 1954, term of this court, and upon the further condition that the appellants furnish a bond for costs. Memorandum: It does not appear from the papers presented to this court that the public interests will be prejudiced by delay in giving immediate possession to the real property sought to be condemned. All concur, except Wheeler, J., who dissents and votes for denial of the motion.

## FOURTH DEPARTMENT, AUGUST, 1954.

### (August 23, 1954.)

In the Matter of the Accounting of SECURITY TRUST COMPANY OF ROCHESTER, as Trustee of a Trust Executed by O. FRANK WOODWARD, Deceased, Respondent. JACOB ARK, as Guardian ad Litem of ORATOR E. WOODWARD, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Piper and Wheeler, JJ. [See *ante*, p. 459.]